**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1887**

_____

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

               Plaintiff - Appellee,

     v.

KRISTIAN E. WARNER; ANDREW M. WARNER; MONROE P. WARNER,

               Defendants - Appellants.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.   John S. Kaull, Magistrate Judge.   (1:10-cv-00071-JSK)

_____

Submitted:  February 28, 2012      Decided:  March 12, 2012

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward R. Kohout, Morgantown, West Virginia, for Appellants. Jennifer S. Caradine, DINSMORE & SHOHL, Morgantown, West Virginia; Mychal S. Schulz, DINSMORE & SHOHL, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kristian E. Warner, Andrew M. Warner, and Monroe P. Warner appeal from the magistrate judge's order granting summary judgment in favor of Old Republic National Title Insurance Company on its declaratory judgment action.[*] We have reviewed the record included on appeal, including the opinion of the magistrate judge and the parties' briefs, and we find no reversible error. Accordingly, we affirm for the reasons stated below. Old Republic Nat'l Title Ins. Co. v. Warner, No. 1:10-cv-00071-JSK (N.D. W. Va. July 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).